against Thomas Bracken, impleaded with others. D. McCurdy, of New York City, for appellant. J. S. Wise, Jr., of New York City, for respondents. No opinion. Motion denied, with $10 costs. Order filed. See, also, 135 N. Y. Supp. 435.

---

WINNE v. MURPHY et al. (Supreme Court, Appellate Division, Second Department. October 11, 1912.) Action by Elsie M. W. Winne against William H. A. Murphy and others. No opinion. Motion denied, without costs.

---

WITTE, Respondent, v. KOERNER, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Alexis Witte against Elizabeth Koerner.

PER CURIAM. Judgment modified, by deducting therefrom the sum of $157.47, expenditures for search of title and survey, on the ground that there is no proof or finding in the case that such expenditures were reasonable in amount, and, as so modified, judgment affirmed, without costs of this appeal. See, also, 143 App. Div. 948, 128 N. Y. Supp. 1151.

---

WOLOWICH v. NATIONAL SURETY CO. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Bernard Wolowich against the National Surety Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 136 N. Y. Supp. 793.

---

WOODMONT REALTY CO. v. INDELLI. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by the Woodmont Realty Company against Pietro Indelli. No opinion. Motion granted, with $10 costs. Order filed.

---

WOODS, Appellant, v. DAVID STEPHENSON BREWING CO., Respondent. (Supreme Court, Appellate Division, First Department. October 25, 1912.) Action by Patrick Woods against the David Stephenson Brewing Company. C. J. Earley, of New York City, for appellant. E. C. Sherwood, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

WORDEN, Respondent, v. WORDEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Arthur E. Worden against Amy E. Worden. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

WUNDERLICH, Respondent, v. ALEXE, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Frederick W. Wunderlich against Frank Alexe. No opinion. Judgment reversed, and new trial granted, costs to abide the event, o the ground that the counterclaim set forth i the answer of the defendant states sufficiently cause of action.

---

XIQUES, Appellant, v. LAUBENBERGE] et al., Respondents. (Supreme Court, Appe. late Division, Second Department. November 1912.) Action by Julia Xiques against Phili Laubenberger and others. No opinion. M( tion withdrawn.

---

In re YERKES. (Supreme Court, Appellat Division, First Department. October 18, 1912. In the matter of Charles T. Yerkes, deceased No opinion. Order affirmed, with $10 costs an disbursements. Order filed.

---

In re YERKES. (Supreme Court, Appellat Division, First Department. October 18, 1912.) In the matter of Charles T. Yerkes, deceased No opinion. Motion denied. Order filed.

---

In re YERKES (two cases). (Suprem( Court, Appellate Division, First Department November 8, 1912.) In the matter of Chas. T Yerkes, deceased. No opinion. Order affirmed with $10 costs and disbursements. Motion t( dismiss appeal denied, with $10 costs. Order: filed.

---

YOUNGS, Appellant, v. HALLOCK, Respondent. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Birdsey Youngs against Alanson Hallock. No opinion. Judgment of the County Court of Orange County affirmed, with costs.

---

In re YOUNKER. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) In the matter of the application of Benjamin A. Younker for admission to the bar. No opinion. Application granted.

---

ZARBAROWSKI, Respondent, v. LALANCE & GROSJEAN MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Anton Zarbarowski, an infant, etc., against the Lalance & Grosjean Manufacturing Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

ZEHR, Respondent, v. ZEHR, Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by Katharine Zehr against William H. Zehr. No opinion. Order affirmed, with $10 costs and disbursements.

---

ZOBREST, Respondent, v. EAST BUFFALO BREWING CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Action by John